| | |
|---|---|
| MOUNT EAGLE PROPERTIES, LLC, NORTHSTAR INVESTMENTS, LLC, US VIKING, LLC, WILLIAM V. NEVILLE, III, CONNIE J. NEVILLE, WILLIAM V. NEVILLE, IV, and ELIZABETH L. NEVILLE, <br><br> Plaintiffs, <br><br> v. <br><br> INTERNAL REVENUE SERVICE, <br><br> Defendant. | 1:09-cv-71 |

TO:   David Marshall Nissman, Esq.
      Angela P. Tyson-Floyd, Esq., AUSA

### ORDER DENYING PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

THIS MATTER is before the Court upon Plaintiffs' Request For Entry of Default

(Docket No. 5).  Defendant has filed an opposition to the said motion.  This order is issued

without necessity of reply.

As Defendant correctly states, Defendant, as an agency of the United States, has

sixty (60) days within which to answer or otherwise respond to a complaint, pursuant to

Fed. R. Civ. P. 12(a).  According to Plaintiffs' motion, the complaint in this matter was

served via express mail on October 2, 2009, and the said request for entry of default was

filed on November 3, 2009.  Clearly, Defendant's time to answer has not yet elapsed, and

Plaintiffs' request is premature.

      Accordingly, it is now hereby **ORDERED** that Plaintiffs' Request For Entry of

Default (Docket No. 5) is **DENIED**.

                           ENTER:

Dated: November 5, 2009              /s/ George W. Cannon, Jr.
                                   GEORGE W. CANNON, JR.
                                   U.S. MAGISTRATE JUDGE